NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MOVE, INC., NATIONAL ASSOCIATION OF REALTORS, NATIONAL ASSOCIATION OF HOME BUILDERS,**
*Plaintiffs/Counterclaim Defendants-Appellees*

**RE/MAX INTERNATIONAL, INC., ADVANCED ACCESS, ENEIGHBORHOODS, LLC, KELLER WILLIAMS REALTY, INC., NORCAL GOLD, INC., DBA RE/MAX GOLD, INC., FRANK HOWARD ALLEN REALTORS, ALAIN PINEL REALTORS, INC., BRAD KORB, CHRISTY MORRISON, PAYMON GHAFOURI, ORANGE COUNTY MULTIPLE LISTING SERVICE, INC., DBA SOUTHERN CALIFORNIA MLS, METROPOLITAN MULTI-LIST, INC., DBA GEORGIA MLS, INC., METROLIST SERVICES, INC., DELAWARE VALLEY REAL ESTATE INFORMATION NETWORK, INC., DBA TREND, NATIONAL ASSOCIATION OF NEW HOME BUILDERS, PULTE HOMES, INC., THE RYLAND GROUP, INC., SHEA HOMES, TAYLOR MORRISON, INC., FKA TAYLOR WOODROW, INC.,AVALONBAY COMMUNITIES, INC., ESSEX PROPERTY TRUST INC., BRE PROPERTIES, INC., RIVERSTONE RESIDENTIAL GROUP, LLC, RAPATTONI CORPORATION, THE FIRST AMERICAN CORPORATION, FIDELITY NATIONAL REAL ESTATE SOLUTIONS, LLC, BIRDVIEW.COM, INC., DBA BIRDVIEW TECHNOLOGIES, IHOMEFINDER, INC., CIS DATA SYSTEMS, INC., DELTA MEDIA GROUP, INC.,**

**DIVERSE SOLUTIONS, LLC, WANISOFT CORPORATION,**
*Counterclaim Defendants*

**v.**

**REAL ESTATE ALLIANCE LTD.,**
*Defendant/Counterclaimant-Appellant*

**EQUIAS TECHNOLOGY DEVELOPMENT LLC,**
*Defendant/Counterclaimant*

———————————

2014-1657

———————————

Appeal from the United States District Court for the Central District of California in Nos. 2:07-cv-02185-GHK-AJW, 2:08-cv-01657-GHK-AJW, Judge George H. King.

———————————

**JUDGMENT**

———————————

ROBIN L. MCGRATH, Paul Hastings LLP, Atlanta, GA, argued for plaintiffs/counterclaim defendants-appellees. Also represented by FRANK G. SMITH, III, Alston & Bird LLP, Atlanta, GA.

LAWRENCE ALAN HUSICK, Lawrence A. Husick Law Offices, Southeastern, PA, argued for defendant/counterclaimant–appellant. Also represented by COLIN A. UNDERWOOD; LOUIS MARK SOLOMON, Cadwalader, Wickersham & Taft LLP, New York, NY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 15, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |